Submitted August 1, reversed and remanded September 10, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MONTE SHANE SMITH,
aka Shane Monte Smith,
*Defendant-Appellant.*

Umatilla County Circuit Court
CFH050267; A133878

193 P3d 61

Peter Gartlan, Chief Defender, Legal Services Division, and Anne F. Munsey, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for possession of a controlled substance, *former* ORS 475.992(4) (2003), *renumbered as* ORS 475.840(3) (2005), arguing that the trial court erred in admitting into evidence a laboratory report pursuant to ORS 475.235 identifying as methamphetamine a substance found during a search of defendant. In this case, the laboratory report was the only evidence admitted at trial concerning the nature of the substance. The state concedes that defendant is entitled to a reversal in light of the holding of *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007). We agree and accept the state's concession.

Reversed and remanded.